## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ryan Michael Francis              CHAPTER 13
      Jennifer Marie Francis
              Debtor(s)             BKY. NO. 23-22322 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
13 Nov 2023, 17:22:51, EST

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 56a6d78c9a23d3d95c92e0869793a6b1fc335b2abcb875604b9527008689782f