VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183      DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

**PERSONAL AND CHECK INFORMATION**
Ryan M Francis
399 Sheffield Drive
Greensburg, PA 15601
Soc Sec #: xxx-xx-xxxx    Employee ID: 1183

Home Department: 400000 PA

Pay Period: 03/25/23 to 04/07/23
Check Date: 04/14/23    Check #: 15039

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 1507.85 | 1507.85 |
| **NET PAY** | **1507.85** | **14964.40** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 488.2500 | 12919.11 |
| | FRG | 57.2500 | 3.5600 | 203.81 | 573.2500 | 2040.77 |
| | Hourly | 57.2500 | 26.4600 | 1514.84 | 57.2500 | 1514.84 |
| | Holiday | | | | 29.5000 | 780.58 |
| | Total Hours | 114.5000 | | | 1148.2500 | |
| | Gross Earnings | | | 1718.65 | | 17255.30 |
| | Total Hrs Worked | 114.5000 | | | | |
| | Phone Reimb | | | 5.00 | | 60.00 |
| | REIMB & OTHER PAYMENTS | | | 5.00 | | 60.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 106.56 | 1069.83 |
| Medicare | | 24.92 | 250.20 |
| Fed Income Tax | J | | 188.34 |
| PA Income Tax | | 52.76 | 529.74 |
| PA Unemploy | | 1.20 | 12.08 |
| PA CANTT-Was I | | 28.36 | 284.71 |
| PA LCAWA-Was | | 2.00 | 16.00 |
| **TOTAL** | | **215.80** | **2350.90** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 408SEP ER-Mem | M85.93 | M862.76 |
| **TOTAL** | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1507.85 | 14964.40 |

*Payrolls by Paychex, Inc.*
0940 1414-1611 Veltri Trucking Inc · 160 Veltri Dr · Washington PA 15301 · (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

### PERSONAL AND CHECK INFORMATION
Ryan M Francis
399 Sheffield Drive
Greensburg, PA 15601
Soc Sec #: xxx-xx-xxxx    Employee ID: 1183

Home Department: 400000 PA

Pay Period: 04/08/23 to 04/21/23
Check Date: 04/28/23    Check #: 15108

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 1953.33 | 3461.18 |
| **NET PAY** | **1953.33** | **16917.73** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 488.2500 | 12919.11 |
| | FRG | 75.2500 | 3.5800 | 267.89 | 648.5000 | 2308.66 |
| | Hourly | 75.2500 | 26.4600 | 1991.12 | 132.5000 | 3505.96 |
| | Holiday | | | | 29.5000 | 780.58 |
| | Total Hours | 150.5000 | | | 1298.7500 | |
| | Gross Earnings | | | 2259.01 | | 19514.31 |
| | Total Hrs Worked | 150.5000 | | | | |
| | Phone Reimb | | | 7.50 | | 67.50 |
| | **REIMB & OTHER PAYMENTS** | | | 7.50 | | 67.50 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 140.06 | 1209.89 |
| Medicare | | 32.76 | 282.96 |
| Fed Income Tax | J | 30.16 | 218.50 |
| PA Income Tax | | 69.35 | 599.09 |
| PA Unemploy | | 1.58 | 13.66 |
| PA CANTT-Was I | | 37.27 | 321.98 |
| PA LCAWA-Was | | 2.00 | 18.00 |
| **TOTAL** | | **313.18** | **2664.08** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 408SEP ER-Mem | M112.95 | M975.71 |
| **TOTAL** | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1953.33 | 16917.73 |

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183        DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ryan M Francis | | |
| 399 Sheffield Drive | | |
| Greensburg, PA 15601 | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 1183 | |
| Home Department: 400000 PA | | |
| Pay Period: 04/22/23 to 05/05/23 | | |
| Check Date: 05/12/23 | Check #: 15177 | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 1753.49 | 5214.67 |
| **NET PAY** | **1753.49** | **18671.22** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 66.5000 | 3.5600 | 236.74 | 715.0000 | 2545.40 |
| | | Hourly | 66.5000 | 26.4600 | 1759.59 | 199.0000 | 5265.55 |
| | | Holiday | | | | 29.5000 | 780.58 |
| | | Total Hours | 133.0000 | | | 1431.7500 | |
| | | Gross Earnings | | | 1996.33 | | 21510.64 |
| | | Total Hrs Worked | 133.0000 | | | | |
| | | Phone Reimb | | | 7.50 | | 75.00 |
| | | REIMB & OTHER PAYMENTS | | | 7.50 | | 75.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 123.77 | 1333.66 |
| | Medicare | | 28.94 | 311.90 |
| | Fed Income Tax | J | | 218.50 |
| | PA Income Tax | | 61.29 | 660.38 |
| | PA Unemploy | | 1.40 | 15.06 |
| | PA CANTT-Was I | | 32.94 | 354.92 |
| | PA LCAWA-Was | | 2.00 | 20.00 |
| | **TOTAL** | | **250.34** | **2914.42** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 408SEP ER-Mem | M99.82 | M1075.53 |
| | **TOTAL** | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1753.49 | 18671.22 |

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

**PERSONAL AND CHECK INFORMATION**
Ryan M Francis
399 Sheffield Drive
Greensburg, PA 15601
Soc Sec #: xxx-xx-xxxx    Employee ID: 1183

Home Department: 400000 PA

Pay Period: 05/06/23 to 05/19/23
Check Date: 05/26/23    Check #: 15239

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2015.68 | 7230.35 |
| NET PAY | 2015.68 | 20686.90 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 488.2500 | 12919.11 |
| | FRG | 78.0000 | 3.5600 | 277.68 | 793.0000 | 2823.08 |
| | Hourly | 78.0000 | 26.4600 | 2063.88 | 277.0000 | 7329.43 |
| | Holiday | | | | 29.5000 | 780.58 |
| | Total Hours | 156.0000 | | | 1587.7500 | |
| | Gross Earnings | | | 2341.56 | | 23852.20 |
| | Total Hrs Worked | 156.0000 | | | | |
| | Phone Reimb | | | 7.50 | | 82.50 |
| | REIMB & OTHER PAYMENTS | | | 7.50 | | 82.50 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 145.18 | 1478.84 |
| Medicare | | 33.96 | 345.86 |
| Fed Income Tax | J | 40.07 | 258.57 |
| PA Income Tax | | 71.89 | 732.27 |
| PA Unemploy | | 1.64 | 16.70 |
| PA CANTT-Was I | | 38.64 | 393.56 |
| PA LCAWA-Was | | 2.00 | 22.00 |
| TOTAL | | 333.38 | 3247.80 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 408SEP ER-Mem | M117.08 | M1192.61 |
| TOTAL | | |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2015.68 | 20686.90 |

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183   DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

**PERSONAL AND CHECK INFORMATION**
Ryan M Francis
399 Sheffield Drive
Greensburg, PA 15601
Soc Sec #: xxx-xx-xxxx   Employee ID: 1183

Home Department: 400000 PA

Pay Period: 05/20/23 to 06/02/23
Check Date: 06/09/23   Check #: 15305

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2293.50 | 9523.85 |
| **NET PAY** | **2293.50** | **22980.40** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 488.2500 | 12919.11 |
| | FRG | 80.0000 | 3.5600 | 284.80 | 873.0000 | 3107.88 |
| | Hourly | 50.5000 | 26.4600 | 1336.23 | 327.5000 | 8665.66 |
| | Holiday | 6.0000 | 26.4600 | 158.76 | 35.5000 | 939.34 |
| | VAC | 35.0000 | 26.4600 | 926.10 | 35.0000 | 926.10 |
| | Total Hours | 171.5000 | | | 1759.2500 | |
| | Gross Earnings | | | 2705.89 | | 26558.09 |
| | Total Hrs Worked | 130.5000 | | | | |

| | Phone Reimb | | | 10.00 | | 92.50 |
|---|---|---|---|---|---|---|
| | **REIMB & OTHER PAYMENTS** | | | 10.00 | | 92.50 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 167.76 | 1646.60 |
| Medicare | | 39.23 | 385.09 |
| Fed Income Tax | J | 83.79 | 342.36 |
| PA Income Tax | | 83.07 | 815.34 |
| PA Unemploy | | 1.89 | 18.59 |
| PA CANTT-Was I | | 44.65 | 438.21 |
| PA LCAWA-Was | | 2.00 | 24.00 |
| **TOTAL** | | **422.39** | **3670.19** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 408SEP ER-Mem | M135.29 | M1327.90 |
| **TOTAL** | | |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2293.50** | **22980.40** |

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ryan M Francis | | |
| 399 Sheffield Drive | | |
| Greensburg, PA 15601 | | |
| Soc Sec #: xxx-xx-xxxx | Employee ID: 1183 | |
| Home Department: 400000 PA | | |
| Pay Period: 06/03/23 to 06/16/23 | | |
| Check Date: 06/23/23 | Check #: 15373 | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 1828.57 | 11352.42 |
| **NET PAY** | **1828.57** | **24808.97** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 69.7500 | 3.5600 | 248.31 | 942.7500 | 3356.19 |
| | | Hourly | 69.0000 | 26.4600 | 1825.74 | 396.5000 | 10491.40 |
| | | Late Pay | 0.7500 | 26.4600 | 19.85 | 0.7500 | 19.85 |
| | | Holiday | | | | 35.5000 | 939.34 |
| | | VAC | | | | 35.0000 | 926.10 |
| | | Total Hours | 139.5000 | | | 1698.7500 | |
| | | Gross Earnings | | | 2093.90 | | 28651.99 |
| | | Total Hrs Worked | 139.5000 | | | | |
| | | Phone Reimb | | | 7.50 | | 100.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 7.50 | | 100.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 129.82 | 1776.42 |
| | Medicare | | 30.36 | 415.45 |
| | Fed Income Tax | J | 10.35 | 352.71 |
| | PA Income Tax | | 64.28 | 879.62 |
| | PA Unemploy | | 1.47 | 20.06 |
| | PA CANTT-Was I | | 34.55 | 472.76 |
| | PA LCAWA-Was | | 2.00 | 26.00 |
| | **TOTAL** | | 272.83 | 3943.02 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 408SEP ER-Mem | M104.70 | M1432.60 |
| | TOTAL | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1828.57 | 24808.97 |

Payrolls by Paychex, Inc.
0940 1414-1611 Veltri Trucking Inc · 160 Veltri Dr · Washington PA 15301 · (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1: 400000 PA
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ryan M Francis | | |
| 399 Sheffield Drive | | |
| Greensburg, PA 15601 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 1183 | | |
| Home Department: 400000 PA | | |
| Pay Period: 06/17/23 to 06/30/23 | | |
| Check Date: 07/07/23    Check #: 15435 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2168.53 | 13520.95 |
| **NET PAY** | **2168.53** | **26977.50** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 80.0000 | 3.5500 | 284.80 | 1022.7500 | 3640.99 |
| | | Hourly | 77.5000 | 26.4600 | 2050.65 | 474.0000 | 12542.05 |
| | | Late Pay | | | | 0.7500 | 19.85 |
| | | Holiday | 7.7500 | 26.4600 | 205.07 | 43.2500 | 1144.41 |
| | | VAC | | | | 35.0000 | 926.10 |
| | | Total Hours | 165.2500 | | | 2064.0000 | |
| | | Gross Earnings | | | 2540.52 | | 31192.51 |
| | | Total Hrs Worked | 157.5000 | | | | |
| | | Phone Reimb | | | 10.00 | | 110.00 |
| | | REIMB & OTHER PAYMENTS | | | 10.00 | | 110.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 157.52 | 1933.94 |
| | Medicare | | 36.84 | 452.29 |
| | Fed Income Tax | J | 63.94 | 416.65 |
| | PA Income Tax | | 77.99 | 957.61 |
| | PA Unemploy | | 1.78 | 21.84 |
| | PA CANTT-Was I | | 41.92 | 514.68 |
| | PA LCAWA-Was | | 2.00 | 28.00 |
| | **TOTAL** | | **381.99** | **4325.01** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 408SEP ER-Mem | M127.03 | M1559.63 |
| | TOTAL | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2168.53 | 26977.50 |

*Payrolls by Paychex, Inc.*
0940 1414-1611 Veltri Trucking Inc • 160 Veltri Dr • Washington PA 15301 • (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

**PERSONAL AND CHECK INFORMATION**
Ryan M Francis
399 Sheffield Drive
Greensburg, PA 15601
Soc Sec #: xxx-xx-xxxx    Employee ID: 1183

Home Department: 400000 PA

Pay Period: 07/01/23 to 07/14/23
Check Date: 07/21/23    Check #: 15498

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2021.38 | 15542.33 |
| NET PAY | 2021.38 | 28998.88 |

**EARNINGS**

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 78.2500 | 3.5600 | 278.57 | 1101.0000 | 3919.56 |
| | | Hourly | 62.5000 | 26.4600 | 1653.75 | 536.5000 | 14195.80 |
| | | Late Pay | | | | 0.7500 | 19.85 |
| | | Holiday | 7.7500 | 26.4600 | 205.07 | 51.0000 | 1349.48 |
| | | VAC | 8.0000 | 26.4600 | 211.68 | 43.0000 | 1137.78 |
| | | Total Hours | 156.5000 | | | 2220.5000 | |
| | | Gross Earnings | | | 2349.07 | | 33541.58 |
| | | Total Hrs Worked | 140.7500 | | | | |

| | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Phone Reimb | | | 7.50 | | 117.50 |
| | REIMB & OTHER PAYMENTS | | | 7.50 | | 117.50 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 145.64 | 2079.58 |
| Medicare | | 34.06 | 486.35 |
| Fed Income Tax | J | 40.97 | 457.62 |
| PA Income Tax | | 72.12 | 1029.73 |
| PA Unemploy | | 1.64 | 23.48 |
| PA CANTT-Was I | | 38.76 | 553.44 |
| PA LCAWA-Was | | 2.00 | 30.00 |
| TOTAL | | 335.19 | 4660.20 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 408SEP ER-Mem | M117.45 | M1677.08 |
| TOTAL | | |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2021.38 | 28998.88 |

Payrolls by Paychex, Inc.
0940 1414-1611 Veltri Trucking Inc • 160 Veltri Dr • Washington PA 15301 • (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

1414-1611
ORG1:400000 PA
EE ID: 1183        DD

*Payrolls by Paychex, Inc.*

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

---

**PERSONAL AND CHECK INFORMATION**
Ryan M Francis
399 Sheffield Drive
Greensburg, PA 15601
Soc Sec #: xxx-xx-xxxx    Employee ID: 1183

Home Department: 400000 PA

Pay Period: 07/15/23 to 07/28/23
Check Date: 08/04/23    Check #: 15559

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2004.35 | 17546.68 |
| **NET PAY** | **2004.35** | **31003.23** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
|  | Regular |  |  |  | 488.2500 | 12919.11 |
|  | FRG | 77.5000 | 3.5600 | 275.90 | 1178.5000 | 4195.46 |
|  | Hourly | 77.5000 | 26.4600 | 2050.65 | 614.0000 | 16246.45 |
|  | Late Pay |  |  |  | 0.7500 | 19.85 |
|  | Holiday |  |  |  | 51.0000 | 1349.48 |
|  | VAC |  |  |  | 43.0000 | 1137.78 |
|  | Total Hours | 155.0000 |  |  | 2375.5000 |  |
|  | Gross Earnings |  |  | 2326.55 |  | 35868.13 |
|  | Total Hrs Worked | 155.0000 |  |  |  |  |
|  | Phone Reimb |  |  | 7.50 |  | 125.00 |
|  | **REIMB & OTHER PAYMENTS** |  |  | 7.50 |  | 125.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security |  | 144.24 | 2223.82 |
| Medicare |  | 33.74 | 520.09 |
| Fed Income Tax | J | 38.27 | 495.89 |
| PA Income Tax |  | 71.43 | 1101.16 |
| PA Unemploy |  | 1.63 | 25.11 |
| PA CANTT-Was I |  | 38.39 | 591.83 |
| PA LCAWA-Was |  | 2.00 | 32.00 |
| **TOTAL** |  | **329.70** | **4989.90** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 408SEP ER-Mem | M116.33 | M1793.41 |
| **TOTAL** |  |  |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | **2004.35** | **31003.23** |

*Payrolls by Paychex, Inc.*
0940 1414-1611 Veltri Trucking Inc · 160 Veltri Dr · Washington PA 15301 · (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA  15301

1414-1611
ORG1460000PA
EE ID: 1183          DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA  15601

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ryan M Francis | | |
| 399 Sheffield Drive | | |
| Greensburg, PA  15601 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 1183 | | |
| Home Department: 400000 PA | | |
| Pay Period: 07/29/23 to 08/11/23 | | |
| Check Date: 08/18/23    Check #: 15622 | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 1788.87 | 19335.55 |
| **NET PAY** | **1788.87** | **32792.10** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 68.0000 | 3.5600 | 242.08 | 1246.5000 | 4437.54 |
| | | Hourly | 52.0000 | 26.4600 | 1375.92 | 666.0000 | 17622.37 |
| | | Late Pay | | | | 0.7500 | 19.85 |
| | | Holiday | | | | 51.0000 | 1349.48 |
| | | VAC | 16.0000 | 26.4600 | 423.36 | 59.0000 | 1561.14 |
| | | **Total Hours** | 136.0000 | | | 2511.5000 | |
| | | **Gross Earnings** | | | 2041.36 | | 37909.49 |
| | | **Total Hrs Worked** | 120.0000 | | | | |
| | | Phone Reimb | | | 7.50 | | 132.50 |
| | | **REIMB & OTHER PAYMENTS** | | | 7.50 | | 132.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 126.57 | 2350.39 |
| | Medicare | | 29.60 | 549.69 |
| | Fed Income Tax | J | 4.04 | 499.93 |
| | PA Income Tax | | 62.67 | 1163.83 |
| | PA Unemploy | | 1.43 | 26.54 |
| | PA CANTT-Was I | | 33.68 | 625.51 |
| | PA LCAWA-Was | | 2.00 | 34.00 |
| | **TOTAL** | | **259.99** | **5249.89** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 408SEP ER-Mem | M102.07 | M1895.48 |
| | **TOTAL** | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1788.87 | 32792.10 |

Payrolls by Paychex, Inc.
0940 1414-1611  Veltri Trucking Inc • 160 Veltri Dr • Washington PA  15301 • (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

0940 1414-1611
ORG: 400000 PA
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ryan M Francis | | |
| 399 Sheffield Drive | | |
| Greensburg, PA 15601 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 1183 | | |
| Home Department: 400000 PA | | |
| Pay Period: 08/12/23 to 08/25/23 | | |
| Check Date: 09/01/23    Check #: 15686 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2448.43 | 21783.98 |
| **NET PAY** | **2448.43** | **35240.53** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AMT TAKEN | TOTAL BAL |
|---|---|---|---|
| Vacation | 0.00 hrs | 0.00 hrs | 15.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 80.0000 | 3.5600 | 284.80 | 1326.5000 | 4722.34 |
| | | Hourly | 99.2500 | 26.4600 | 2626.16 | 765.2500 | 20248.53 |
| | | Late Pay | | | | 0.7500 | 19.85 |
| | | Holiday | | | | 51.0000 | 1349.48 |
| | | VAC | | | | 59.0000 | 1561.14 |
| | | **Total Hours** | 179.2500 | | | 2690.7500 | |
| | | **Gross Earnings** | | | 2910.96 | | 40820.45 |
| | | **Total Hrs Worked** | 179.2500 | | | | |
| | | Phone Reimb | | | 10.00 | | 142.50 |
| | | **REIMB & OTHER PAYMENTS** | | | 10.00 | | 142.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 180.48 | 2530.87 |
| | Medicare | | 42.21 | 591.90 |
| | Fed Income Tax | J | 108.40 | 608.33 |
| | PA Income Tax | | 89.37 | 1253.20 |
| | PA Unemploy | | 2.04 | 28.58 |
| | PA CANTT-Was I | | 48.03 | 673.54 |
| | PA LCAWA-Was | | 2.00 | 36.00 |
| | **TOTAL** | | 472.53 | 5722.42 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 408SEP ER-Mem | M145.55 | M2041.03 |
| | **TOTAL** | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2448.43 | 35240.5 |

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

ORG: 400000 PA
EE ID: 1183     DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Ryan M Francis | | |
| 399 Sheffield Drive | | |
| Greensburg, PA 15601 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 1183 | | |
| Home Department: 400000 PA | | |
| Pay Period: 08/26/23 to 09/08/23 | | |
| Check Date: 09/15/23    Check #: 15750 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 13456.55 |
| Chkg 104 | 2613.39 | 24397.37 |
| **NET PAY** | **2613.39** | **37853.92** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | CURR DEDUCT | AMT TAKEN | TOTAL BAL |
|---|---|---|---|
| Vacation | 15.00 hrs | 15.00 hrs | 0.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 80.0000 | 3.5600 | 284.80 | 1406.5000 | 5007.14 |
| | | Hourly | 84.5000 | 26.4600 | 2235.87 | 849.7500 | 22484.40 |
| | | Late Pay | | | | 0.7500 | 19.85 |
| | | Holiday | 8.0000 | 26.4600 | 211.68 | 59.0000 | 1561.16 |
| | | VAC | 15.0000 | 26.4600 | 396.90 | 74.0000 | 1958.04 |
| | | **Total Hours** | 187.5000 | | | 2878.2500 | |
| | | **Gross Earnings** | | | 3129.25 | | 43949.70 |
| | | **Total Hrs Worked** | 164.5000 | | | | |
| | | Phone Reimb | | | 10.00 | | 152.50 |
| | | **REIMB & OTHER PAYMENTS** | | | 10.00 | | 152.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 194.01 | 2724.88 |
| | Medicare | | 45.37 | 637.27 |
| | Fed Income Tax | J | 134.59 | 742.92 |
| | PA Income Tax | | 96.07 | 1349.27 |
| | PA Unemploy | | 2.19 | 30.77 |
| | PA CANTT-Was I | | 51.63 | 725.17 |
| | PA LCAWA-Was | | 2.00 | 38.00 |
| | **TOTAL** | | 525.86 | 6248.28 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 408SEP ER-Mem | M156.46 | M2197.49 |
| | **TOTAL** | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2613.39** | **37853.9** |

Payrolls by Paychex, Inc.
0940 1414-1611 Veltri Trucking Inc • 160 Veltri Dr • Washington PA 15301 • (724) 228-9381

VELTRI TRUCKING INC
160 Veltri Dr
Washington PA 15301

ORIG DOC
EE ID: 1183    DD

RYAN M FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA  15601

| PERSONAL AND CHECK INFORMATION | | | |
|---|---|---|---|
| Ryan M Francis | | | |
| 399 Sheffield Drive | | | |
| Greensburg, PA 15601 | | | |
| **Employee ID:** 1183 | | | |
| **Home Department:** 400000 PA | | | |
| **Pay Period:** 09/09/23 to 09/22/23 | | | |
| **Check Date:** 09/29/23   **Check #:** 15814 | | | |
| **NET PAY ALLOCATIONS** | | | |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | | 13456.55 |
| Chkg 104 | 1474.99 | | 25872.36 |
| **NET PAY** | **1474.99** | | **39328.91** |
| **TIME OFF** (Based on Policy Year) | | | |
| DESCRIPTION | CURR DEDUCT | AMT TAKEN | TOTAL BAL |
| Vacation | 0.00 hrs | 15.00 hrs | 0.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 488.2500 | 12919.11 |
| | | FRG | 56.0000 | 3.5600 | 199.36 | 1462.5000 | 5206.50 |
| | | Hourly | 54.7500 | 26.4600 | 1448.69 | 904.5000 | 23933.09 |
| | | Late Pay | 1.2500 | 26.4600 | 33.08 | 2.0000 | 52.93 |
| | | Holiday | | | | 59.0000 | 1561.16 |
| | | VAC | | | | 74.0000 | 1958.04 |
| | | **Total Hours** | 112.0000 | | | 2990.2500 | |
| | | **Total Hrs Worked** | 112.0000 | | | | |
| | | **Gross Earnings** | | | 1681.13 | | 45630.83 |
| | | Phone Reimb | | | 5.00 | | 157.50 |
| | | **REIMB & OTHER PAYMENTS** | | | 5.00 | | 157.50 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| | | Social Security | | | 104.23 | | 2829.11 |
| | | Medicare | | | 24.38 | | 661.65 |
| | | Fed Income Tax | J | | | | 742.92 |
| | | PA Income Tax | | | 51.61 | | 1400.88 |
| | | PA Unemploy | | | 1.18 | | 31.95 |
| | | PA CANTT-Was I | | | 27.74 | | 752.91 |
| | | PA LCAWA-Was | | | 2.00 | | 40.00 |
| | | **TOTAL** | | | 211.14 | | 6459.42 |
| DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| | | 408SEP ER-Mem | | | M84.06 | | M2281.55 |
| | | **TOTAL** | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1474.99 | 39328.9 |

Payrolls by Paychex, Inc.
0940 1414-1611 Veltri Trucking Inc • 160 Veltri Dr • Washington PA 15301 • (724) 228-9381