| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | 0000161802 | 1 | |

**Earnings Statement**

ADP

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 04/02/2023
Period Ending: 04/15/2023
Pay Date: 04/21/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
　Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 63.50 | 1,190.63 | 1,190.63 |
| Paid Time Off | 18.7500 | 4.00 | 75.00 | 75.00 |
| **Gross Pay** | | | **$1,265.63** | 1,265.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -54.55 | 54.55 |
| | Medicare Tax | -12.76 | 12.76 |
| | PA State Income Tax | -26.95 | 26.95 |
| | Greensburg C Income Tax | -14.49 | 14.49 |
| | Greensburg C Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -0.89 | 0.89 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 34.42 |
| | EPO PRE-TAX | -219.41* | 219.41 |
| | Medical Fsa | -131.57* | 131.57 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.36 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 2.35 |
| | **Net Pay** | **$759.68** | |
| | Checking | -759.68 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 1.94 |
| PTO BALANCE | 5.53 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 63.50 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages
　Your federal taxable wages this period are $877.88

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000161802
Pay date: 04/21/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $759.68 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | | 0000181841 | 1 |

# Earnings Statement

**ADP**

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning:  04/16/2023
Period Ending:     04/29/2023
Pay Date:          05/05/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 68.40 | 1,282.50 | 2,473.13 |
| Motech Reim | | | 60.00 | 60.00 |
| Paid Time Off | 18.7500 | 5.00 | 93.75 | 168.75 |
| **Gross Pay** | | | **$1,436.25** | 2,701.88 |

Your federal taxable wages this period are $1,048.50

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -65.13 | 119.68 |
| Medicare Tax | -15.23 | 27.99 |
| PA State Income Tax | -32.19 | 59.14 |
| Greensburg C Income Tax | -17.30 | 31.79 |
| Greensburg C Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -1.00 | 1.89 |

Other
| | | |
|---|---|---|
| Den PPO pret | -34.42* | 68.84 |
| EPO PRE-TAX | -219.41* | 438.82 |
| Medical Fsa | -131.57* | 263.14 |
| Rel Chld Life | -0.82 | |
| Rel EE Supp | -4.36 | |
| Rel Spouse Sup | -1.38 | |
| Vision Pre Tax | -2.35* | 4.70 |

| **Net Pay** | **$909.09** |
|---|---|
| Checking | -909.09 |
| **Net Check** | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 3.88 |
| PTO BALANCE | 5.15 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 68.40 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number:  00000181841
Pay date:       05/05/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $909.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | | 0000201788 | 1 |

# Earnings Statement

**ADP**

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 04/30/2023
Period Ending: 05/13/2023
Pay Date: 05/19/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 69.17 | 1,296.94 | 3,770.07 |
| Paid Time Off | 18.7500 | 5.00 | 93.75 | 262.50 |
| Motech Reim | | | | 60.00 |
| **Gross Pay** | | | **$1,390.69** | 4,092.57 |

Your federal taxable wages this period are $1,002.94

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -62.30 | 181.98 |
| | Medicare Tax | -14.57 | 42.56 |
| | PA State Income Tax | -30.79 | 89.93 |
| | Greensburg C Income Tax | -16.55 | 48.34 |
| | Greensburg C Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -0.97 | 2.86 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 103.26 |
| | EPO PRE-TAX | -219.41* | 658.23 |
| | Medical Fsa | -131.57* | 394.71 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.36 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 7.05 |
| **Net Pay** | | | **$869.20** |
| Checking | | | -869.20 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 5.82 |
| PTO BALANCE | 4.77 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 69.17 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000201788
Pay date: 05/19/2023

Deposited to the account of
JENNIFER FRANCIS

**THIS IS NOT A CHECK**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $869.20 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | | 00012 | 0000221782 | 1 |

**Earnings Statement**  ADP

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 05/14/2023
Period Ending: 05/27/2023
Pay Date: 06/02/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 69.30 | 1,299.38 | 5,069.45 |
| Motech Reim | | | 60.00 | 120.00 |
| Paid Time Off | 18.7500 | 4.00 | 75.00 | 337.50 |
| **Gross Pay** | | | **$1,434.38** | 5,526.95 |

Your federal taxable wages this period are $1,046.63

| Deductions Statutory | | |
|---|---|---|
| Social Security Tax | -65.01 | 246.99 |
| Medicare Tax | -15.20 | 57.76 |
| PA State Income Tax | -32.13 | 122.06 |
| Greensburg C Income Tax | -17.27 | 65.61 |
| Greensburg C Local Svc Tax | -2.00 | 8.00 |
| PA SUI Tax | -1.01 | 3.87 |
| **Other** | | |
| Den PPO pret | -34.42* | 137.68 |
| EPO PRE-TAX | -219.41* | 877.64 |
| Medical Fsa | -131.57* | 526.28 |
| Rel Chld Life | -0.82 | |
| Rel EE Supp | -4.36 | |
| Rel Spouse Sup | -1.38 | |
| Vision Pre Tax | -2.35* | 9.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 7.76 |
| PTO BALANCE | 5.39 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 69.30 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

| Net Pay | $907.45 |
|---|---|
| Checking | -907.45 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000221782
Pay date: 06/02/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx  xxxx | $907.45 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | | 00012 | 0000241782 | 1 |

## Earnings Statement 

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 05/28/2023
Period Ending: 06/10/2023
Pay Date: 06/16/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 62.68 | 1,175.25 | 6,244.70 |
| Holiday | 18.7500 | 8.00 | 150.00 | 150.00 |
| Paid Time Off | 18.7500 | 4.50 | 84.38 | 421.88 |
| Motech Reim | | | | 120.00 |
| **Gross Pay** | | | **$1,409.63** | 6,936.58 |

Your federal taxable wages this period are $1,021.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -63.48 | 310.47 |
| | Medicare Tax | -14.85 | 72.61 |
| | PA State Income Tax | -31.37 | 153.43 |
| | Greensburg C Income Tax | -16.86 | 82.47 |
| | Greensburg C Local Svc Tax | -2.00 | 10.00 |
| | PA SUI Tax | -0.99 | 4.86 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 172.10 |
| | EPO PRE-TAX | -219.41* | 1,097.05 |
| | Medical Fsa | -131.57* | 657.85 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.36 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 11.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 9.70 |
| PTO BALANCE | 5.51 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 62.68 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

| Net Pay | $885.77 |
|---|---|
| Checking | -885.77 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, Inc

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000241782
Pay date: 06/16/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $885.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | | 00012 | 0000261766 | 1 |

**Earnings Statement**  **ADP**

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 06/11/2023
Period Ending: 06/24/2023
Pay Date: 06/30/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 54.90 | 1,029.38 | 7,274.08 |
| Holiday | 18.7500 | 8.00 | 150.00 | 300.00 |
| Paid Time Off | 18.7500 | 5.00 | 93.75 | 515.63 |
| Motech Reim | | | | 120.00 |
| **Gross Pay** | | | **$1,273.13** | 8,209.71 |

Your federal taxable wages this period are $885.38

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 11.64 |
| PTO BALANCE | 5.13 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 54.90 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -55.01 | 365.48 |
| | Medicare Tax | -12.87 | 85.48 |
| | PA State Income Tax | -27.18 | 180.61 |
| | Greensburg C Income Tax | -14.61 | 97.08 |
| | Greensburg C Local Svc Tax | -2.00 | 12.00 |
| | PA SUI Tax | -0.89 | 5.75 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 206.52 |
| | EPO PRE-TAX | -219.41* | 1,316.46 |
| | Medical Fsa | -131.57* | 789.42 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.36 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 14.10 |
| **Net Pay** | | **$766.26** | |
| Checking | | -766.26 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, Inc

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number:  00000261766
Pay date:  06/30/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $766.26 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | | 00012 | 0000281766 | 1 |

**Earnings Statement**  ADP

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 06/25/2023
Period Ending: 07/08/2023
Pay Date: 07/14/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 60.77 | 1,139.44 | 8,413.52 |
| Holiday | 18.7500 | 8.00 | 150.00 | 450.00 |
| Motech Reim | | | 60.00 | 180.00 |
| Paid Time Off | 18.7500 | 5.00 | 93.75 | 609.38 |
| **Gross Pay** | | | **$1,443.19** | 9,652.90 |

Your federal taxable wages this period are $1,055.44

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 13.58 |
| PTO BALANCE | 4.75 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 60.77 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -65.56 | 431.04 |
| | Medicare Tax | -15.33 | 100.81 |
| | PA State Income Tax | -32.40 | 213.01 |
| | Greensburg C Income Tax | -17.41 | 114.49 |
| | Greensburg C Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -1.01 | 6.76 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 240.94 |
| | EPO PRE-TAX | -219.41* | 1,535.87 |
| | Medical Fsa | -131.57* | 920.99 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.36 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 16.45 |
| **Net Pay** | | **$915.17** | |
| Checking | | -915.17 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000281766
Pay date: 07/14/2023

THIS IS NOT A CHECK

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $915.17 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | 0000301745 | 1 | |

# Earnings Statement

**ADP**

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 07/09/2023
Period Ending: 07/22/2023
Pay Date: 07/28/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 73.52 | 1,378.50 | 9,792.02 |
| Paid Time Off | 18.7500 | 1.00 | 18.75 | 628.13 |
| Holiday | | | | 450.00 |
| Motech Reim | | | | 180.00 |
| **Gross Pay** | | | **$1,397.25** | 11,050.15 |

Your federal taxable wages this period are $1,009.50

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -62.71 | 493.75 |
| | Medicare Tax | -14.66 | 115.47 |
| | PA State Income Tax | -30.99 | 244.00 |
| | Greensburg C Income Tax | -16.66 | 131.15 |
| | Greensburg C Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -0.98 | 7.74 |
| | Other | | |
| | Den PPO pret | -34.42* | 275.36 |
| | EPO PRE-TAX | -219.41* | 1,755.28 |
| | Medical Fsa | -131.57* | 1,052.56 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.36 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 18.80 |
| **Net Pay** | | **$874.94** | |
| Checking | | -874.94 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 15.52 |
| PTO BALANCE | 8.37 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 73.52 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages

© 2000 ADP, Inc

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000301745
Pay date: 07/28/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $874.94 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | 0000321742 | 1 | |

**Earnings Statement**    ADP

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 07/23/2023
Period Ending: 08/05/2023
Pay Date: 08/11/2023

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 68.85 | 1,290.94 | 11,082.96 |
| Motech Reim | | | 60.00 | 240.00 |
| Paid Time Off | 18.7500 | 5.00 | 93.75 | 721.88 |
| Holiday | | | | 450.00 |
| **Gross Pay** | | | **$1,444.69** | 12,494.84 |

Your federal taxable wages this period are $1,056.94

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| GTL | 1.94 | 17.46 |
| PTO BALANCE | 7.99 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 68.85 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -65.65 | 559.40 |
| Medicare Tax | -15.36 | 130.83 |
| PA State Income Tax | -32.45 | 276.45 |
| Greensburg C Income Tax | -17.44 | 148.59 |
| Greensburg C Local Svc Tax | -2.00 | 18.00 |
| PA SUI Tax | -1.01 | 8.75 |

**Other**

| | this period | year to date |
|---|---|---|
| Den PPO pret | -34.42* | 309.78 |
| EPO PRE-TAX | -219.41* | 1,974.69 |
| Medical Fsa | -131.57* | 1,184.13 |
| Rel Chld Life | -0.82 | |
| Rel EE Supp | -4.36 | |
| Rel Spouse Sup | -1.38 | |
| Vision Pre Tax | -2.35* | 21.15 |

| **Net Pay** | | **$916.47** |
|---|---|---|
| Checking | | -916.47 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000321742
Pay date: 08/11/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $916.47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | 0000341722 | 1 | |

# Earnings Statement

**ADP**

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 08/06/2023
Period Ending: 08/19/2023
Pay Date: 08/25/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.7500 | 70.90 | 1,329.38 | 12,412.34 |
| Paid Time Off | 18.7500 | 3.00 | 56.25 | 778.13 |
| Holiday | | | | 450.00 |
| Motech Reim | | | | 240.00 |
| **Gross Pay** | | | **$1,385.63** | 13,880.47 |

Your federal taxable wages this period are $997.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 1.94 | 19.40 |
| PTO BALANCE | 9.61 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 70.90 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -61.99 | 621.39 |
| Medicare Tax | | -14.49 | 145.32 |
| PA State Income Tax | | -30.63 | 307.08 |
| Greensburg C Income Tax | | -16.47 | 165.06 |
| Greensburg C Local Svc Tax | | -2.00 | 20.00 |
| PA SUI Tax | | -0.97 | 9.72 |
| **Other** | | | |
| Den PPO pret | | -34.42* | 344.20 |
| EPO PRE-TAX | | -219.41* | 2,194.10 |
| Medical Fsa | | -131.57* | 1,315.70 |
| Rel Chld Life | | -0.82 | |
| Rel EE Supp | | -4.36 | |
| Rel Spouse Sup | | -1.38 | |
| Vision Pre Tax | | -2.35* | 23.50 |
| **Net Pay** | | **$864.77** | |
| Checking | | -864.77 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000341722
Pay date: 08/25/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $864.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | 0000361724 | 1 | |

**Earnings Statement**

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 08/20/2023
Period Ending: 09/02/2023
Pay Date: 09/08/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.2500 | 64.07 | 1,233.35 | 13,645.69 |
| Motech Reim | | | 60.00 | 300.00 |
| Paid Time Off | 19.2500 | 7.00 | 134.75 | 912.88 |
| Holiday | | | | 450.00 |
| **Gross Pay** | | | **$1,428.10** | 15,308.57 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,075.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1.04 | 1.04 |
| | Social Security Tax | -66.82 | 688.21 |
| | Medicare Tax | -15.63 | 160.95 |
| | PA State Income Tax | -33.03 | 340.11 |
| | Greensburg C Income Tax | -17.75 | 182.81 |
| | Greensburg C Local Svc Tax | -2.00 | 22.00 |
| | PA SUI Tax | -1.00 | 10.72 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 378.62 |
| | EPO PRE-TAX | -219.41* | 2,413.51 |
| | Medical Fsa | -96.15* | 1,411.85 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.52 | |
| | Rel Spouse Sup | -1.38 | |
| | Tax Levy | -113.00 | 113.00 |
| | Vision Pre Tax | -2.35* | 25.85 |
| **Net Pay** | | | **$818.78** |
| Checking | | -818.78 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 2.08 | 21.48 |
| PTO BALANCE | 7.23 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 64.07 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000361724
Pay date: 09/08/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $818.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | | 0000381693 | 1 |

**Earnings Statement**

ADP

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Period Beginning: 09/03/2023
Period Ending: 09/16/2023
Pay Date: 09/22/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JENNIFER FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.2500 | 53.77 | 1,035.07 | 14,680.76 |
| Holiday | 19.2500 | 8.00 | 154.00 | 604.00 |
| Paid Time Off | 19.2500 | 7.00 | 134.75 | 1,047.63 |
| Motech Reim | | | | 300.00 |
| **Gross Pay** | | | **$1,323.82** | 16,632.39 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $971.49

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 2.08 | 23.56 |
| PTO BALANCE | 4.85 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 53.77 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -60.36 | 748.57 |
| | Medicare Tax | -14.12 | 175.07 |
| | PA State Income Tax | -29.82 | 369.93 |
| | Greensburg C Income Tax | -16.03 | 198.84 |
| | Greensburg C Local Svc Tax | -2.00 | 24.00 |
| | PA SUI Tax | -0.92 | 11.64 |
| | Federal Income Tax | | 1.04 |
| | **Other** | | |
| | Den PPO pret | -34.42* | 413.04 |
| | EPO PRE-TAX | -219.41* | 2,632.92 |
| | Medical Fsa | -96.15* | 1,508.00 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -4.52 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 28.20 |
| | Tax Levy | | 113.00 |
| | **Net Pay** | **$841.52** | |
| | Checking | -841.52 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, Inc.

STITCH FIX, INC
1 MONTGOMERY STREET SUITE 1100
SAN FRANCISCO, CA 94104
415-805-1861

Advice number: 00000381693
Pay date: 09/22/2023

Deposited to the account of
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $841.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XCA | 046511 | 00012 | 0000401689 | 1 |

# Earnings Statement

**ADP**

STITCH FIX, INC  
1 MONTGOMERY STREET SUITE 1100  
SAN FRANCISCO, CA 94104  
415-805-1861

Period Beginning: 09/17/2023  
Period Ending: 09/30/2023  
Pay Date: 10/06/2023

Filing Status: Married filing jointly  
Exemptions/Allowances:  
    Federal: Standard Withholding Table

JENNIFER FRANCIS  
399 SHEFFIELD DRIVE  
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.2500 | 70.50 | 1,357.13 | 16,037.89 |
| Motech Reim | | | 60.00 | 360.00 |
| Paid Time Off | 19.2500 | 4.00 | 77.00 | 1,124.63 |
| Holiday | | | | 604.00 |
| **Gross Pay** | | | **$1,494.13** | 18,126.52 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,141.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -7.64 | 8.68 |
| | Social Security Tax | -70.93 | 819.50 |
| | Medicare Tax | -16.59 | 191.66 |
| | PA State Income Tax | -35.05 | 404.98 |
| | Greensburg C Income Tax | -18.84 | 217.68 |
| | Greensburg C Local Svc Tax | -2.00 | 26.00 |
| | PA SUI Tax | -1.05 | 12.69 |
| | Other | | |
| | Den PPO pret | -34.42* | 447.46 |
| | EPO PRE-TAX | -219.41* | 2,852.33 |
| | Medical Fsa | -96.15* | 1,604.15 |
| | Rel Chld Life | -0.82 | |
| | Rel EE Supp | -6.39 | |
| | Rel Spouse Sup | -1.38 | |
| | Vision Pre Tax | -2.35* | 30.55 |
| | Tax Levy | | 113.00 |
| **Net Pay** | | **$981.11** | |
| Checking | | -981.11 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 2.08 | 25.64 |
| PTO BALANCE | 5.47 | |
| SICKTIMEACCRU | 0.00 | |
| Totl Hrs Worked | 70.50 | |

**Important Notes**  
YOUR COMPANY PHONE NUMBER IS 844.386.3850

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

---

STITCH FIX, INC  
1 MONTGOMERY STREET SUITE 1100  
SAN FRANCISCO, CA 94104  
415-805-1861

Advice number: 00000401689  
Pay date: 10/06/2023

Deposited to the account of  
JENNIFER FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $981.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**