IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re.:** | ) | |
| RYAN MICHAEL FRANCIS | ) | |
| JENNIFER MARIE FRANCIS, | ) | Bankruptcy No.:  23-22322 |
| Debtors | ) | |
| | ) | Chapter 13 |
| ------------------------------------------------- | ) | |
| | ) | Document No.: |
| RYAN MICHAEL FRANCIS | ) | |
| JENNIFER MARIE FRANCIS, | ) | Related to Document No.:  27 |
| Movants | ) | |
| | ) | Motion No. WO-1 |
| -vs- | ) | |
| | ) | |
| VELTRI TRUCKING, INC., | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, Richard W. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment filed on November 30, 2023,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. First Class Mail sent on November 30, 2023:

> Veltri Trucking, Inc.
> 160 Veltri Drive
> Washington, PA  15301

Respectfully submitted:

/s/ Richard W. Schimizzi
Richard W. Schimizzi, Esquire
Attorney for Plaintiff
Pa. I.D.:  32573
Schimizzi Law, LLC
Keystone Commons
35 West Pittsburgh Street
Greensburg, PA  15601
Phone:  724-838-9722
Email:   rws@schimizzilaw.com