COMCAST
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  RYAN MICHAEL FRANCIS
        JENNIFER MARIE FRANCIS

CHAPTER 13
CASE NUMBER: 23-22322
TO: Clerk of the Court

Please withdraw claim number 11 in the amount of $257.08 on behalf of COMCAST.

DATED:  12/28/2023

 COMCAST
/s/  Larry Yip