FILED
6/7/24 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Francis, Jennifer Marie Francis, Ryan Michael<br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant<br>VS.<br><br>Francis, Jennifer Marie Francis, Ryan Michael<br>Respondents<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>Additional Respondent | NO. 23-22322 GLT<br><br>13<br><br>Related to Docs 48 & 52<br><br>Hearing Date: 06/12/2024 10:00 a.m. |

**ORDER**

Upon consideration of the Motion filed by Nationstar Mortgage LLC d/b/a Mr. Cooper it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for June 12, 2024 at 10:00 a.m. is hereby continued to August 6, 2024 at 10:00 a.m. via p01 Courtroom A, 54th Floor, U.S. Steel Tower,, Pittsburgh, PA.

By the Court,

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22322-GLT |
| Ryan Michael Francis | Chapter 13 |
| Jennifer Marie Francis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ryan Michael Francis, Jennifer Marie Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1

Richard W. Schimizzi
    on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Richard W. Schimizzi
    on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8