IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/7/24 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 23-22322-GLT |
|---|---|---|---|
| | : | Chapter: | 13 |
| Ryan Michael Francis | : | | |
| Jennifer Marie Francis | : | | |
| | : | Date: | 8/7/2024 |
| *Debtor(s)*. | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #48 - Motion for Relief from Stay of Nationstar Mortgage LLC d/b/a Mr Cooper
#51 - Response filed by Debtor
#52 - Motion to Continue/Reschedule Hearing

**APPEARANCES**:
Debtor:  Richard W. Schimizzi
Nationstar:  Brent Lemon

**NOTES:**  [9:57]

*Case called early with consent of parties*

Lemon: Debtors made a significant payment, so interested in hearing from Attorney Schimizzi

Schimizzi: Confirmed with the Debtors that they made significant payments this August. One of the payments is not showing on the trustee's website yet, but other is (approximately $2,200). Requesting 20 days to file amended plan to take care of arrears. Debtors serious about being able to complete plan.

Lemon: Willing to give some more time.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from the Automatic Stay* [Dkt. No. 48] is continued to October 30, 2024 at 9:30 a.m.  On or before August 28, 2024, the Debtor shall file an amended plan. [Text order].

**DATED:**  8/7/2024