Case 23-22322-GLT    Doc 70    Filed 10/30/24    Entered 10/30/24 13:04:52    Desc Main
Document    Page 1 of 1
FILED
10/30/24 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22322-GLT |
| | : | Chapter: | 13 |
| Ryan Michael Francis | : | | |
| Jennifer Marie Francis | : | | |
| | : | Date: | 10/30/2024 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:** #48 - Continued Motion for Relief from Stay of Nationstar Mortgage LLC d/b/a Mr Cooper
#51 - Response filed by Debtor

**APPEARANCES:**
Debtor:     Richard W. Schimizzi
Nationstar: Brent Lemon

[9:30]
**NOTES:**
Lemon: We have a confirmed amended plan that should address the arrears.

Court: The confirmed plan provides for Nationstar's claim and the debtor is now making payments. Both factors now provide Nationstar with adequate protection at this juncture.

**OUTCOME:**
1. For the reasons stated on the record at the October 30, 2024 hearing, the *Motion for Relief from the Automatic Stay* filed by Nationstar Mortgage LLC [Dkt. No. 48] is **DENIED** without prejudice [DB to issue text order].

**DATED:** 10/30/2024