IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Ryan Michael Francis | ) | Case No.  23-22322-GLT |
| Jennifer Marie Francis | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| _____ | ) | Doc. No. _____ |
| | ) | |
| Ryan Michael Francis | ) | Related to Doc. No. 76 and 77 |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| NO RESPONDENTS. | ) | |

CERTIFICATE OF SERVICE

I certify that true and correct copies of the **MOTION TO APPROVE NUNC PRO TUNC COUNSEL FOR DEBTOR RYAN MICHAEL FRANCIS AND APPROVE COMPROMISE AND RELEASE AGREEMENT and NOTICE OF HEARING** were served on the individuals/entities and at the address stated on the attached list either by electronic mailing or by U.S. First Class mail sent on the 17TH day of April, 202025.

Respectfully submitted:

SCHIMIZZI LAW ASSOCIATES

Date: April 17, 2025

BY:      /s/ Richard W. Schimizzi
Richard W. Schimizzi, Esquire
PA I.D.:  32573
Counsel for Debtor

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone:  (724) 838-9722
Fax:     (724) 837-7868
Email:   rws@schimizzilaw.com

Label Matrix for local noticing
0315-2
Case 23-22322-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Apr 16 13:19:26 EDT 2025

ADS/Comenity/LNBRYANT
PO Box 182789
Columbus, OH 43218-2789

Apothaker Scian P.C.
PO Box 5496
Mount Laurel, NJ 08054-5496

Danielle Boyle-Ebersole
Orlans PC
200 Eagle Road
Wayne, PA 19087-3115

COMCAST
PO BOX 1931
Burlingame, CA 94011-1931

Capital One
PO Box 71087
Salt Lake City, UT 84171

Capital One Auto Finance
PO Box 6051
City of Industry, CA 91716-0511

~~Capital One Auto Finance, a division of Capi~~
~~PO Box 4360~~
~~Houston, TX 77210-4360~~

~~Capital One Auto Finance, a division of Capi~~
~~4515 N Santa Fe Ave. Dept. APA~~
~~Oklahoma City, OK 73118-7901~~

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Car Care NAPA Easy
PO Box 965036
Orlando, FL 32896-5036

Denise Carlon
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Cavalry SPV I, LLC
1 American Lane
Suite 220
Greenwich, CT 06831-2563

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

(p)CONTINENTAL SERVICE GROUP  LLC   D B A  CO
PO BOX 7
FAIRPORT NY 14450-0007

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

~~Jennifer Marie Francis~~
~~390 Sheffield Drive~~
~~Greensburg, PA 15601-~~1745

~~Ryan Michael Francis~~
~~390 Sheffield Drive~~
~~Greensburg, PA 15601-1745~~

GGSA
210 W. Otterman Street
Greensburg, PA 15601-2225

Jeffrey Hunt
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753

IC Systems Inc
PO Box 64378
Saint Paul, MN 55164-0378

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kohls/Capone
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding
PO Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

~~Gary Burns, Esquire~~
~~PO Box 817~~
~~Latrobe, PA 15650-0617~~

MAWC
124 Park and Pool Road
New Stanton, PA 15672-2404

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Midland Credit Management
320 E. Big Beaver Rd
Suite 300
Troy, MI 48083-1271

Midland Credit Management, Inc
P.O. Box 2037
Warren, MI 48090-2037

Mr. Cooper
PO Box 60516
City of Industry, CA 91716-0516



NelNet
PO Box 82561
Lincoln, NE 68501-2561

Nordstrom/TD Bank
13531 E. Caley Av Service
Englewood, CO 80111-6505

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

PA Turnpike Commission
Atten: Toll Enforcement
300 Esat Park Drive
Harrisburg, PA 17111

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania Turnpike Commission
P.O. Box 67676
Harrisburg, PA 17106-7676

Peoples
PO Box 644760
Pittsburgh, PA 15264-4760



Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Premier Bkcrd/First Premier
601 S. Minnesota Avenue
Sioux Falls, SD 57104-4824

Progressive Leasing
256 W. Data Drive
Draper, UT 84020-2315

SYNCB/JCPenney
PO Box 965007
Orlando, FL 32896-5007

Scolopax, LLC
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101-2051

Spring Oaks Capital SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

UPMC
PO Box 371472
Pittsburgh, PA 15250-7472

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

US Department of Education c/o Nelnet
121 S 13th  St
Lincoln, NE 68508-1904

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

West Penn Power
PO Box 3687
Akron, OH 44309-3687

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Xfinity Mobile
1701 John F. Kennedy Blvd
Philadelphia, PA 19103-2838