FILED
4/17/25 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-22322-GLT |
| | : | Chapter 13 |
| Ryan Michael Francis | : | |
| Jennifer Marie Francis | : | |
| *Debtor.* | : | |
| | : | |
| | : | |
| Ryan Michael Francis | : | Related to Dkt. No(s). 76 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |
| | : | |
| *Respondents.* | : | |
| | : | |

**ORDER**

Upon preliminary review of the Motion to Approve Nunc Pro Tunc Counsel for Debtor Ryan Michael Francis and Approve Compromise and Release Agreement [Dkt. No. 76] the Court notes several deficiencies: (a) special counsel has not submitted a statement required by Fed.R.Bankr.P. 2014; (b) the motion provides no justification for the Court to consider nunc pro tunc relief when the application was filed nearly one year after Debtor entered into a fee agreement (see, e.g. F/S Airlease II, Inc. v. Simon (In re F/S Airlease II, Inc.), 844 F.2d 99 (3d Cir. 1988); In re Young, 646 B.R. 779 (Bankr. W.D.Pa. 2022)); (c) Debtor asserts an exemption in the proceeds of the workers' compensation settlement, but it does not appear he claimed an exemption on Schedule A/B; and (d) the application fails to address why Debtor did not disclose the workers' compensation claim on Schedule A/B when it was completed and filed three weeks after his injury.

Without satisfactory answers to these issues, the Court is inclined to deny special

counsel's employment and approve the settlement with the proceeds to be transferred to the chapter 13 trustee as assets of the bankruptcy estate. To the extent the Debtor intends to submit a supplement to the application, it shall be filed no later than April 30, 2025.

Dated: April 17, 2025

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case Administrator to Mail to:
Ryan Michael Francis
Jennifer Marie Francis
Richard W. Schimizzi, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22322-GLT |
| Ryan Michael Francis | Chapter 13 |
| Jennifer Marie Francis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ryan Michael Francis, Jennifer Marie Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 1

Richard W. Schimizzi
    on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7