IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/14/25 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re: )
 Ryan Michael Francis )  Case No.  23-22322-GLT
Jennifer Marie Francis )
  Debtor, )  Chapter 13
)
_____ )
)
Ryan Michael Francis )  Related to Doc. No.  76
  Movant, )
)
 -vs- )
)
NO RESPONDENTS. )

ORDER OF COURT

AND NOW, this 14th  day of May 2025, IT IS HEREBY ORDERED AS FOLLOWS:

1.  Westmoreland Injury Lawyers and Thomas Plaitano are hereby approved as of April 16,
    2025 as counsel for Debtor Ryan Michael Francis in connection with Debtor's work –
    related injury.

2.  The Compromise and Release Agreement entered into by Debtor in compromise and
    release of his workers' compensation claim in the total amount of $47,500.00 is approved.

3.  Within two weeks of this Order becoming final, the settlement proceeds shall be paid to
    the chapter 13 trustee, Ronda J. Winnecour, who shall hold the funds pending further
    Court order. The funds shall be disbursed to the following address and include a reference
    to the case name and case number (Ryan and Jennifer Francis, Case No. 23-22322):
                    Ronda J. Winnecour
                    Chapter 13 Trustee, W. D. Pa.
                    P.O. Box 84051
                    Chicago, IL 60689-4002

4.  The Debtor's rights to assert an  exemption in the settlement proceeds, as well as special
    counsel's request for fees earned on or after April 16, 2025 are expressly reserved.

BY THE COURT:

Gregory L. Taddonio    **drb**
Chief United States Bankruptcy Judge

{Case # 23-22322-GLT}

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 23-22322-GLT

Ryan Michael Francis                                                        Chapter 13

Jennifer Marie Francis

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

**Recip ID**                **Recipient Name and Address**
db/jdb               + Ryan Michael Francis, Jennifer Marie Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745

                + Thomas Plaitano, Esq., Westmoreland Injury Lawyers, 530 Pellis Road, Ste. 6000, Greensburg, PA 15601-7924

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Danielle Boyle-Ebersole
                 on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC
                 dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon
                 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

Jeffrey Hunt
                 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
                 ustpregion03.pi.ecf@usdoj.gov

Richard W. Schimizzi
                 on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com

District/off: 0315-2                          User: auto                                Page 2 of 2
Date Rcvd: May 14, 2025                   Form ID: pdf900                           Total Noticed: 2

mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Richard W. Schimizzi

on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com
mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 7