**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| **Ryan Michael Francis** | ) | **Case No. 23-22322-GLT** |
| **Jennifer Marie Francis** | ) | |
|     **Debtors** | ) | **Chapter 13** |
| | ) | **Doc. No.** _____ |
| | ) | **Related to Doc. No. 96** |
| | | |
| **Ryan Michael Francis** | ) | |
| **Jennifer Marie Francis** | ) | |
|     **Movants** | ) | |
| | ) | |
|     vs | ) | |
| | ) | |
| **Rhonda Winnecour, Trustee** | ) | |
|     **Respondent** | ) | |

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

    1.    Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

    2.    The cure shall be effected as follows: Plan brought current with proceeds received from Debtor's workers' compensation settlement.

    3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

    4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on July 10, 2025, at 10:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

                                            Respectfully submitted:
                                            SCHIMIZZI LAW, LLC

Dated: May 22, 2025                 BY:    <u>/s/ Richard W. Schimizzi</u>
                                                              Richard W. Schimizzi, Esquire
                                                              Counsel for Debtors
                                                             PA I.D. 32573
                                                             35 W. Pittsburgh St.
                                                             Greensburg, PA 15601
                                                             Phone: (724) 838-9722
                                                             Fax:    (724) 837-7868
                                                             Email: rws@schimizzilaw.com