| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| YFG | 101052 | 000001 | | 056 |

# Earnings Statement

**ADP**

STONE AND COMPANY INC.
606 MCCORMICK AVE.
CONNELLSVILLE, PA 15425

Period Beginning: 05/25/2025
Period Ending: 06/07/2025
Pay Date: 06/13/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional Higher Withholding Table

RYAN FRANCIS
399 SHEFFIELD DRIVE
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 63.00 | 1,638.00 | 2,639.00 |
| **Gross Pay** | | | **$1,638.00** | 2,639.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -41.23 | 41.23 |
| | Social Security Tax | -101.56 | 163.62 |
| | Medicare Tax | -23.76 | 38.27 |
| | PA State Income Tax | -50.29 | 81.02 |
| | Greensburg C Income Tax | -27.03 | 43.55 |
| | PA SUI Tax | -1.15 | 1.85 |
| | **Other** | | |
| | Local Ser Tax | -2.00 | 4.00 |
| **Net Pay** | | **$1,390.98** | |
| | Checking | -1,390.98 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Max Elig/C | 1,638.00 | |
| Totl Hrs Worked | 63.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,638.00

© 2000 ADP, Inc.

STONE AND COMPANY INC.
606 MCCORMICK AVE.
CONNELLSVILLE, PA 15425

Advice number: 00000240019
Pay date: 06/13/2025

Deposited to the account of
RYAN FRANCIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0104 | xxxx xxxx | $1,390.98 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**