

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2322322

DEBTOR(S):

RYAN MICHAEL FRANCIS

JENNIFER MARIE FRANCIS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $1,081.65

CREDITOR'S SIGNATURE:

/s/ Helga Ridgeway

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/2/2025