**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/08/2025

IN RE:

| | |
|---|---|
| RYAN MICHAEL FRANCIS<br>JENNIFER MARIE FRANCIS<br>399 SHEFFIELD DRIVE<br>GREENSBURG, PA  15601<br>XXX-XX-7401         Debtor(s)<br><br>XXX-XX-4116 | Case No.23-22322 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/8/2025

**/s/Trustee'sAdministrativAssistant**
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | INT % / Account / Cred Desc |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | INT %: 0.00%<br>ACCOUNT NO.:<br>CRED DESC: NOTICE ONLY |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR CPR/PRAE | INT %: 0.00%<br>ACCOUNT NO.:<br>CRED DESC: NOTICE ONLY |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 3<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | INT %: 0.00%<br>ACCOUNT NO.:<br>CRED DESC: NOTICE ONLY |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number: 4<br>Court Claim Number: 16<br>CLAIM: 9,375.00<br>COMMENT: 6000@9.5%/PL*W/43*2b506/PL | INT %: 9.50%<br>ACCOUNT NO.: 9890<br>CRED DESC: VEHICLE |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 5<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 11/23 | INT %: 0.00%<br>ACCOUNT NO.: 4343<br>CRED DESC: MORTGAGE REGULAR PAYMEN |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 6<br>Court Claim Number: 10<br>CLAIM: 2,046.55<br>COMMENT: $@%/CL-PL*21-22 | INT %: 0.00%<br>ACCOUNT NO.: 7401<br>CRED DESC: PRIORITY CREDITOR |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 7<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ADS~LN BRYNT/SCH | INT %: 0.00%<br>ACCOUNT NO.:<br>CRED DESC: UNSECURED CREDITOR |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8<br>Court Claim Number: 3<br>CLAIM: 479.28<br>COMMENT: | INT %: 0.00%<br>ACCOUNT NO.: 8038<br>CRED DESC: UNSECURED CREDITOR |
| **JEFFERSON CAPITAL SYSTEMS LLC (*)**<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 9<br>Court Claim Number: 23<br>CLAIM: 1,391.26<br>COMMENT: REF 3741154121*SYNCH/NAPA | INT %: 0.00%<br>ACCOUNT NO.: 6755<br>CRED DESC: UNSECURED CREDITOR |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 10<br>Court Claim Number: 1<br>CLAIM: 748.05<br>COMMENT: CITIBANK/THD | INT %: 0.00%<br>ACCOUNT NO.: 2389<br>CRED DESC: UNSECURED CREDITOR |

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC*<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ 85282 | 11 | 0.00% | | UNSECURED CREDITOR | | 0.00 | |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | 12 | 0.00% | 2 | UNSECURED CREDITOR | 5609 | 731.40 | MACYS/CITIBANK |
| COMCAST<br>PO BOX 1931<br>BURLINGAME, CA 94011 | 13 | 0.00% | 11 | UNSECURED CREDITOR | 6713 | 0.00 | SCH@CID 39*CL@ $257.08 W/D*DOC 32*OE~DOC 33 |
| CREDITOR INFORMATION MISSING OR VAGUE<br>NEED VERIFICATION | 14 | 0.00% | | UNSECURED CREDITOR | 4600 | 0.00 | GGSA?/SCH |
| IC SYSTEM INC++<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | 15 | 0.00% | | UNSECURED CREDITOR | | 0.00 | |
| KOHLS DEPARTMENT STORE<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | 16 | 0.00% | | UNSECURED CREDITOR | | 0.00 | NT ADR~CAP 1/SCH |
| KOHLS DEPARTMENT STORE<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | 17 | 0.00% | | UNSECURED CREDITOR | | 0.00 | NT ADR~CAP 1/SCH |
| LAW OFFICE OF LAWRENCE R BURNS<br>PO BOX 617<br>LATROBE, PA 15650 | 18 | 0.00% | | UNSECURED CREDITOR | | 0.00 | |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 19 | 0.00% | 8 | UNSECURED CREDITOR | 6235 | 604.10 | CREDIT 1 |
| MUNICIPAL AUTHORITY OF WESTMORELAND CO<br>ATTN BILL PAYMENT CENTER*<br>POB 800*<br>GREENSBURG, PA 15601 | 20 | 0.00% | | UNSECURED CREDITOR | 4600 | 0.00 | |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 592.05<br>COMMENT: COMENITY/LANE BRYANT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8592 |
| **US DEPARTMENT OF EDUCATION/MOHELA**<br>PO BOX 790453<br>ST LOUIS, MO  63179 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number: 30-2<br>CLAIM: 63,602.31<br>COMMENT: AMD*GU TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4116 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR  97208 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 17,592.63<br>COMMENT: X6612/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NORDSTROM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PA TURNPIKE COMMISSION**<br>TOLLS/E-Z PASS VIOLATIONS OFFC<br>PO BOX 67676<br>HARRISBURG, PA  17106 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 3,402.65<br>COMMENT: TOLLS*GU TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9591 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,255.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0440 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 835.88<br>COMMENT: SYNCHRONY/AT HOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1414 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 595.56<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5138 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC(*)<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 995.23<br>COMMENT: REF 3738159328 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1032 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 944.29<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9522 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 31   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 597.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4116 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 32   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,094.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7818 |
| **XFINITY CABLE**<br>300 CORLISS ST<br>PITTSBURGH, PA 15204 | Trustee Claim Number: 33   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PROGRESSIVE LEASING***<br>DRAPER POINTE BUILDING<br>256 WEST DATA DR<br>DRAPER, UT 84020 | Trustee Claim Number: 34   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 35   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 177.79<br>COMMENT: 0196/SCH*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 |
| **DUVERA FINANCIAL D/B/A EASYPAY FINANCE**<br>PO BOX 2549<br>CARLSBAD, CA 92018 | Trustee Claim Number: 36   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 573.09<br>COMMENT: NT/SCH*NT&B | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 |
| **DUVERA FINANCIAL D/B/A EASYPAY FINANCE**<br>PO BOX 2549<br>CARLSBAD, CA 92018 | Trustee Claim Number: 37   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 449.83<br>COMMENT: NT/SCH*NT&B | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4116 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 38   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 528.94<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 |
| **COMCAST**<br>PO BOX 1931<br>BURLINGAME, CA 94011 | Trustee Claim Number: 39   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 257.08<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6713 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 40   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: NT/SCH*CAP 1*STALE CL@ $1081.65 W/D*DOC 118* | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5057 |

# CLAIM RECORDS

| Creditor | Claim Info | Description |
|---|---|---|
| **SPRING OAKS CAPITAL SPV LLC**<br>PO BOX 1216<br><br>CHESAPEAKE, VA 23327-1216 | Trustee Claim Number: 41   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 521.25<br>COMMENT: NT/SCH*GENESIS/CELTIC BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6968 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC(*)<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 42   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 698.00<br>COMMENT: NT/SCH*REF 3738159606 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2484 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX 77210 | Trustee Claim Number: 43   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 387.59<br>COMMENT: NO GEN UNS/SCH*W/4*2b 506/PL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9890 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 44   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 200.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4116 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number: 45   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 6,909.76<br>COMMENT: $/CL-PL*THRU 10/23 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4343 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br><br>LAS VEGAS, NV 89193-3024 | Trustee Claim Number: 46   INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 2,332.47<br>COMMENT: NT/SCH*TBOM/FORTIVA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2436 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 47   INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 400.25<br>COMMENT: NT/SCH*SYNCH/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4295 |