FILED
11/3/25 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO 23-22322-GLT |
| Ryan Michael Francis and Jennifer Marie Francis,   Debtor(s). | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,   Movant(s), | Related to Doc 101 & 121 |
| vs. | |
| Ryan Michael Francis and Jennifer Marie Francis,   Respondent(s). | |

**CONSENT ORDER OF COURT ADDRESSING SETTLEMENT PROCEEDS**

WHEREAS, Trustee posted, on 9/9/25, the $47,600 in Debtor Husband's workers compensation settlement proceeds ("Settlement Proceeds") in accordance with the Order at Doc 101;

WHEREAS, to resolve outstanding issues regarding the compensation of the Special Counsel and the Debtor(s)' exemptions in the proceeds, the parties, consisting of the Debtor(s), Trustee, and Special Counsel, through their respective counsel, agree as follows:

(1)  The sum of $5,000 shall be deemed to be non-exempt and shall be first carved out of the Settlement Proceeds as additional plan funding (i.e., not as a credit against plan payments) and shall be, after deduction of Trustee Fees, earmarked for distribution to timely filed general prepetition unsecured creditors.  The balance of the settlement shall be deemed to be exempt in the amount of $27,900 under §522(d)(11)(D), and in the amount of $14,700 under §522(d)(11)(E) ("Exempt Portion").

(2)  Trustee shall next distribute to Special Counsel Westmoreland Injury

Lawyers and Thomas Plaitano, out of the Exempt Portion and after deduction of applicable Trustee Fees, the sum of $7,125.00 as an agreed upon payment of fees and expenses related to the workers compensation case.

(3)   Trustee will next release, out of the Exempt Portion, the sum of $9,500.00 to the Debtor(s) plan as general plan funding to be distributed in accordance with the confirmed plan.

(4)   The remainder of the Exempt Portion shall be refunded to the Debtor(s).

So Ordered this __ 3rd Day of November, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**Consented to:**

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/   Richard W. Schimizzi
Richard W. Schimizzi, PA I.D. 32573
SCHIMIZZI LAW, LLC
35 West Pittsburgh Street
Greensburg, PA 15601
(724) 838-9722
rws@schimizzilaw.com
**Attorney for Debtor(s)**

<u>/s/ Thomas Plaitano</u>
Thomas Plaitano, Esquire
Westmoreland Injury Lawyers
530 Pellis Road, Ste. 6000
Greensburg, PA  15601
(724) 547-4539
tplaitano@westmorelandinjurylawyers.com
**<u>Attorney for Special Counsel</u>**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22322-GLT |
| Ryan Michael Francis | Chapter 13 |
| Jennifer Marie Francis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Michael Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745 |
| sp | + | Thomas L. Plaitano, Westmoreland Injury Lawyers, LLC, 530 Pellis Road, Suite 6000, Greensburg, PA 15601-7924 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | |
| | on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7