**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

Ryan Michael Francis
Jennifer Marie Francis
     Debtors

Case No. 23-22322-GLT
Chapter 13

Ryan Michael Francis
Jennifer Marie Francis
     Movants,

    - vs. -

Ronda J. Winnecour, Trustee,
     Respondent.

Related to Trustee Certificate of Default at
    at Doc No. 128, and Order
    requiring response at Doc No. 129

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

    1.    Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

    2.    The cure shall be effected as follows: Debtors anticipate receiving a $6,500.00 federal income tax refund, which amount will be applied towards the arrears, with any balance of arrears thereafter remaining to be paid throughout the remainder of the plan term.

    3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

    4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on  April 16, 2026, at 9:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 4th day of March 2026.

/S/ *Richard W. Schimizzi*
Name: Richard W. Schimizzi
Attorney I.D.: 32573
Address:35 W. Pittsburgh Street
      Greensburg, PA 15601
Phone #: 724-838-9722
Facsimile #: 724-837-7868
E-Mail: rws@schimizzilaw.com

Attorney for the Debtors