**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

Ryan Michael Francis
Jennifer Marie Francis
     Debtors

Case No. 23-22322-GLT
Chapter 13

Ronda J. Winnecour, Trustee
     Movant

Related to Trustee Certificate of
Default at Doc No. 128, and Order
requiring response at Doc No. 129

- vs. -

Ryan Michael Francis
Jennifer Marie Francis,
     Respondents.

**DECLARATION REGARDING TRUSTEE'S CERTIFICATE OF DEFAULT**

AND NOW, come Debtors, Ryan Michael Francis and Jennifer Marie Francis, by and through counsel, Richard W. Schimizzi, Esquire and Schimizzi Law, LLC, and files the following Declaration regarding the Trustee's Certificate of Default:

1. Debtors' currently mailing address is 399 Sheffield Drive, Greensburg, PA 15601.

2. Debtors are currently in arrears in the plan payment by $8,836.00, as of February 2026.

3. The reason for the arrears is due to Debtor being seasonally unemployed and Co-Debtor having reduced hours of employment because of a hand injury. Debtor anticipates returning to work on March 9, 2026.

4. Debtors have filed documentary proof of a plan payment made on March 4, 2026, and have also filed a Notice of Proposal to Cure Plan Default. Debtors anticipate receiving a federal income tax refund of $6,500.00 which will be applied to the arrears.

1

WHEREFORE, it is respectfully requested that the Trustee's Certificate of Default be dismissed for the reason that Debtors will be providing for payment of the arrears out of their 2025 federal tax refund, with any balance of arrears thereafter remaining to be paid throughout the remainder of the plan term.

Respectfully submitted:
SCHIMIZZI LAW, LLC

Dated: March 4, 2026                     BY:      /s/ *Richard W. Schimizzi*
                                                  Richard W. Schimizzi, Esquire
                                                  Counsel for Debtors
                                                  PA I.D. 32573

                                                  35 W. Pittsburgh St.
                                                  Greensburg, PA 15601
                                                  Phone: (724) 838-9722
                                                  Fax:    (724) 837-7868
                                                  Email: rws@schimizzilaw.com