FILED
4/22/26 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22322-GLT |
| | : | Chapter: | 13 |
| Ryan Michael Francis | : | | |
| Jennifer Marie Francis | : | | |
| | : | Date: | 4/22/2026 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #128 - Trustee's Certificate of Default Requesting Dismissal of
Case
   #130 - Documentary Proof of Payment
   #132 - Declaration Regarding COD

[# 134 Conciliation NOT hearing held. Contested Confirmation
Hearing requested - Failure to appear. From 4/16/2026
conciliation conference]

**APPEARANCES**:
   Debtor:   No appearance
   Trustee:   Kate DeSimone

[9:05, 9:09]
**NOTES:**

DeSimone: We are at a bit of a stand still here. The trustee was prepared to resolve the COD today. We can't do this without Debtor's counsel.

Court: Do we have an interim confirmation order in this case?

DeSimone: The case is in month 30. We have a final confirmation order, the issue was solely the arrears.

Court: Was the $6,500 received in April?

DeSimone: Yes. It will be part of the April distribution.

Court: What would be the calculation if the Debtor were here

DeSimone: The payment would need to increase to $3,090 effective in May. Additionally there is a notice of payment change on the Nationstar mortgage and an anticipated 506 on the Capital One auto claim.

**OUTCOME:**

1. For the reasons stated on the record at the April 22, 2026 hearing, the hearing on the trustee's *Certificate of Default Requesting Dismissal of Case* [Dkt. No. 128] is **CONTINUED** to May 20, 2026 at 10:30 a.m.  [Text Order]

2. The Court will issue an Order to Show Cause as to why the case should not be dismissed or converted for failure to appear at the April 16, 2026 conciliation or the April 22, 2026 hearing. [Chambers to Issue]

**DATED:**  4/22/2026