FILED
4/23/26 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 23-22322-GLT |
| | : | |
| **RYAN MICHAEL FRANCIS** and | : | Chapter 13 |
| **JENNIFER MARIE FRANCIS**, | : | |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 128 |
| | : | |

## ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED

The Debtors' case remains in serious jeopardy. In February, the chapter 13 trustee requested dismissal because the Debtors' plan payments are delinquent by at least $18,000.[1] And though the Debtors indicated an intention to cure the arrears and made substantial payments since,[2] they and their counsel failed to appear for a conciliation conference on April 16 and a contested confirmation hearing on April 22, 2026. Payments and good intentions are not enough to salvage this case. The Debtors or their counsel need to appear and commit to an amended plan that will rectify the past deficiencies.

At the April 22 hearing, the chapter 13 trustee reported that the plan payment would need to increase to $3,090 beginning in May 2026 to cure the arrears over the remaining plan term. Without the Debtors, however, no further progress can be made and the *Certificate of Default* remains pending. The case cannot move forward without the Debtors' participation and the Court cannot accurately assess feasibility of the increased payment.

In light of these circumstances, the Court requires the Debtors to appear and explain why the case should not be dismissed. If it is their intention to continue making payments, they

---

[1]    See *Trustee's Certificate of Default Requesting Dismissal of Case*, Dkt. No. 128.

[2]    See *Notice of Proposal to Cure Plan Defaults*, Dkt. No. 131. The trustee reports that a full plan payment of $2,292 was received in March 2026 and an additional $6,500 (believed to be the proceeds of the Debtors' income tax refund) arrived in April 2026.

must also demonstrate how they can manage payments at the increased amount. Absent this information, the Court is left with no other alternative than to dismiss Case No. 23-22322-GLT without further notice or hearing.

For these reasons as well as those stated on the record at the April 22, 2026 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. A hearing on this *Order to Show Cause* is set for **May 20, 2026** at **10:30 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 where the Debtors and Attorney Richard Schimizzi shall personally appear.

2. On or before **May 13, 2026**, the Debtors shall file a response to this *Order to Show Cause* addressing why they and/or counsel failed to appear at both the April 16, 2026 conciliation conference and the April 22, 2026 confirmation hearing. If the Debtors do not file a timely response, the Court may dismiss this case without further notice or hearing.

3. Alternatively, the Debtors and the chapter 13 trustee may submit, on or before **May 13, 2026**, a certification of counsel containing a proposed form of order that resolves the *Certificate of Default*, amends the Debtors' plan obligations, and modifies the existing confirmation order. If the Court is satisfied with the amended order, it may enter the order, vacate this *Order to Show Cause*, and cancel the May 20, 2026 hearing.

Dated: April 23, 2026

**GREGORY L. TADDONIO**   sec
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

Case administrator to serve:
Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 23-22322-GLT

Ryan Michael Francis                                                                     Chapter 13

Jennifer Marie Francis

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Apr 23, 2026                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Ryan Michael Francis, Jennifer Marie Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Danielle Boyle-Ebersole
        on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Jeffrey Hunt
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel
        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Richard W. Schimizzi
        on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

District/off: 0315-2                         User: auto                                    Page 2 of 2
Date Rcvd: Apr 23, 2026                      Form ID: pdf900                               Total Noticed: 1

Richard W. Schimizzi

        on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com
        mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

TOTAL: 7