FILED
5/13/26 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| **RYAN MICHAEL FRANCIS and** | ) | |
| **JENNIFER MARIE FRANCIS,** | ) | **No. 23-22322 GLT** |
| Debtors, | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | **Doc. No.** |
| **RONDA J. WINNECOUR, TRUSTEE,** | ) | |
| Movant, | ) | **Related to Doc. No. 128 ,137& 140** |
| | ) | |
| vs. | ) | |
| | ) | |
| **RYAN MICHAEL FRANCIS and** | ) | |
| **JENNIFER MARIE FRANCIS,** | ) | |
| Respondents. | ) | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒        a motion to dismiss case or certificate of default requesting dismissal

❑        a plan modification sought by: _____

❑        a motion to lift stay
          as to creditor _____

❑        Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐   Chapter 13 Plan dated _____
☒   Amended Chapter 13 Plan dated August 22, 2024**,**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtors' Plan payments shall be changed from **$2,178.00** to ***$3,158.00*** per month, effective ***May 2026***.

☐    In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before ____ .

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____

_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

    (1)  Nationstar CL#24 governing with all payment changes.

    (2)  Capital One Auto CL# 16 reduced to $6,000 @ 9.5% as per Settlement and Certification filed at Document No. 139.

    (3)  The Trustee's Certificate of Default filed at document number 128 is resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

-2-

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this  13th Day of May, 2026

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                    Stipulated by:

/s/Richard W. Schimizzi                           /s/ Dennis Sloan
Richard W. Schimizzi, Esquire                     Dennis Sloan, Esquire
Attorney for Debtors                              Office of the Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Ryan Michael Francis

Jennifer Marie Francis

    Debtors

Case No. 23-22322-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: May 13, 2026

User: auto

Form ID: pdf900

Page 1 of 4

Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Michael Francis, Jennifer Marie Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745 |
| sp | + | Thomas L. Plaitano, Westmoreland Injury Lawyers, LLC, 530 Pellis Road, Suite 6000, Greensburg, PA 15601-7924 |
| 15661790 | + | Capital One, PO Box 71087, Salt Lake City, UT 84171 |
| 15653011 | | Capital One Auto Finance, PO Box 6051, City of Industry, CA 91716-0511 |
| 15661792 | + | Car Care NAPA Easy, PO Box 965036, Orlando, FL 32896-5036 |
| 15661797 | + | GGSA, 210 W. Otterman Street, Greensburg, PA 15601-2225 |
| 15661804 | | MOHELA, PO Box 1022, Chesterfield, MO 63006-1022 |
| 15661808 | | PA Turnpike Commission, Atten: Toll Enforcement, 300 Esat Park Drive, Harrisburg, PA 17111 |
| 15704795 | | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2026 00:35:08 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 14 2026 00:27:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15661788 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2026 00:27:00 | ADS/Comenity/LNBRYANT, PO Box 182789, Columbus, OH 43218-2789 |
| 15661789 | ^ | MEBN | May 14 2026 00:25:38 | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15665944 | + | Email/Text: documentfiling@lciinc.com | May 14 2026 00:26:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15661795 | | Email/Text: BKY@conserve-arm.com | May 14 2026 00:27:00 | Conserve, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 15670690 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2026 00:35:26 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15655679 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 00:35:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15661793 | + | Email/Text: bankruptcy@cavps.com | May 14 2026 00:28:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15653578 | + | Email/Text: bankruptcy@cavps.com | May 14 2026 00:28:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

District/off: 0315-2                              User: auto                                    Page 2 of 4
Date Rcvd: May 13, 2026                          Form ID: pdf900                               Total Noticed: 53

| | | | |
|---|---|---|---|
| 15661794 | + Email/Text: documentfiling@lciinc.com | May 14 2026 00:26:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 15660641 | Email/Text: operationsclerk@easypayfinance.com | May 14 2026 00:26:00 | Duvera dba Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 15661798 | + Email/Text: Bankruptcy@ICSystem.com | May 14 2026 00:27:00 | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15661796 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2026 00:27:00 | Department of the Treasury, Internal Revenue Department, Kansas City, MO 64999-0010 |
| 15672087 | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2026 00:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15661799 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 00:35:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15661801 | + Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 00:35:28 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15665221 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 00:35:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15661802 | + Email/Text: mawccollection@mawc.org | May 14 2026 00:27:00 | MAWC, 124 Park and Pool Road, New Stanton, PA 15672-2404 |
| 15707861 | Email/Text: EBN@Mohela.com | May 14 2026 00:27:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15661803 | + Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 00:27:00 | Midland Credit Management, 320 E. Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 15669315 | + Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 00:27:00 | Midland Credit Management, Inc, P.O. Box 2037, Warren, MI 48090-2037 |
| 15653012 | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2026 00:27:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15672088 | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2026 00:27:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15661806 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 14 2026 00:27:00 | NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15661807 | + Email/Text: bankruptcy@td.com | May 14 2026 00:27:00 | Nordstrom/TD Bank, 13531 E. Caley Av Service, Englewood, CO 80111-6505 |
| 15673073 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2026 00:35:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15661810 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2026 00:35:51 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 15663678 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2026 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15661809 | Email/Text: ebnpeoples@grblaw.com | May 14 2026 00:27:00 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15659892 | + Email/Text: ebnpeoples@grblaw.com | May 14 2026 00:27:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15670807 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2026 00:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15661811 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 14 2026 00:35:10 | Premier Bkcrd/First Premier, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 15661812 | + Email/Text: ecfbankruptcy@progleasing.com | May 14 2026 00:27:00 | Progressive Leasing, 256 W. Data Drive, Draper, UT 84020-2315 |

| 15668600 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | May 14 2026 00:26:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15661813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 14 2026 00:35:44 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15672497 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 14 2026 00:27:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 15661814 | ^ | MEBN | | |
| | | | May 14 2026 00:25:08 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15671553 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | May 14 2026 00:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15671568 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | May 14 2026 00:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15667396 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | May 14 2026 00:27:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15661815 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | May 14 2026 00:27:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15670732 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | May 14 2026 00:27:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15661816 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | May 14 2026 00:26:00 | Xfinity Mobile, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2838 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMCAST |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Nationstar Mortgage LLC, Nationstar Mortgage LLC |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15661791 | * | Capital One Auto Finance, PO Box 6051, City of Industry, CA 91716-0511 |
| 15661805 | * | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15661800 | ##+ | Larry Burns, Esquire, PO Box 617, Latrobe, PA 15650-0617 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: May 13, 2026

Form ID: pdf900

Total Noticed: 53

| Name | Email Address |
| --- | --- |
| Danielle Boyle-Ebersole | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Richard W. Schimizzi | on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7