FILED
5/19/26 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    )
Ryan Michael Francis                      )        Case No.  23-22322 GLT
Jennifer Marie Francis                    )
            Debtor,                       )        Chapter 13
                                          )
_____      )        Doc. No.
                                          )
Ryan Michael Francis                      )        Related to Doc. No. 35 & 139
Jennifer Marie Francis                    )
            Movants                       )
                                          )
        -vs-                              )
                                          )
Capital One Auto Finance,                 )
a division of Capital One, N.A.           )
            Respondent                    )


## CONSENT ORDER OF COURT

AND NOW, to wit, this_ 19th Day of May _, 2026, upon review of the

STIPULATION OF DEBTORS AND CAPITAL ONE AUTO FINANCE, a division of

CAPITAL ONE, N.A., REGARDING THE VALUE OF DEBTORS' 2015 DODGE

JOURNEY CROSSROADS AND THE AND APPLICABLE RATE OF INTEREST, and

with the consent of counsel for the parties thereto, IT IS HEREBY ORDERED,

ADJUDGED and DECREED that the Stipulation is approved.


BY THE COURT:

_____
Gregory / Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 23-22322-GLT

Ryan Michael Francis                                                         Chapter 13

Jennifer Marie Francis

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb         +   Ryan Michael Francis, Jennifer Marie Francis, 399 Sheffield Drive, Greensburg, PA 15601-1745

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard W. Schimizzi | on behalf of Joint Debtor Jennifer Marie Francis rws@schimizzilaw.com mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com |

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: May 19, 2026                      Form ID: pdf900                          Total Noticed: 1

Richard W. Schimizzi

on behalf of Debtor Ryan Michael Francis rws@schimizzilaw.com
mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 7